UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIREHOUSE RESTAURANT, LLC, and JAZZY BELLES CAFÉ, LLC individually and on behalf of themselves and all others similarly situated<br><br>versus<br><br>BP, plc; BP PRODUCTS NORTH AMERICA INC.; BP AMERICA, INC.; TRANSOCEAN, LTD.; TRANSOCEAN OFFSHORE DEEPWATER, INC.; HALLIBURTON ENERGY SERVICES, INC.; and CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.  10-CV-01445<br><br>SECTION "R"<br><br>DIVISION "5"<br><br>CHIEF JUDGE SARAH S. VANCE<br><br>MAGISTRATE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**REQUEST FOR ORAL ARGUMENT**

NOW INTO COURT, through undersigned counsel, come BP Products North America Inc. and BP America Inc. (the "BP Defendants"), who, pursuant to Local Rule 78.1E, respectfully request this Honorable Court to entertain oral argument on their Motion to Dismiss Plaintiffs' Complaint.  The BP Defendants respectfully submit that oral argument will greatly assist the Court in resolving the numerous issues raised by their motion and supporting

memorandum, and will also provide the Court with an opportunity to raise any questions it may have regarding the parties' arguments.

        Respectfully submitted,

        /s/ Don K. Haycraft
        Donald R. Abaunza (Bar #2273)
        R. Keith Jarrett (Bar #16984)
        Don K. Haycraft (Bar #14361)
        Jonathan A. Hunter (Bar #18619)
        Mark D. Latham (Bar #19673)
        Robert E. Holden (Bar #6935)
        LISKOW & LEWIS
        One Shell Square
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana  70139-5099
        Telephone:  (504) 581-7979
        Facsimile:  (504) 556-4108

        and

        Of Counsel:

        Richard C. Godfrey, P.C.
        John T. Hickey Jr., P.C.
        J. Andrew Langan, P.C.
        Matthew T. Regan, P.C.
        Wendy L. Bloom, P.C.
        Hariklia Karis, P.C.
        Kirkland & Ellis LLP
        300 North LaSalle Street
        Chicago, IL  60654
        312-862-2000 (Tel)
        312-862-2200 (Fax)

        ***Attorneys for BP America Inc. and BP Products North America Inc.***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 8, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                                   /s/ Don K. Haycraft

                                                   Don K. Haycraft